IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
HERMANI HOTELS, LLC,[8]                  :    Case No. 20-10701 (AMC)
                                         :
            Debtor.                      :
---------------------------------------------------------x

# EXHIBIT "C"
# BOND

---

[8] If applicable, the last four digits of the taxpayer identification number of the Debtor is 0522 and the Debtor's address is 4700 Street Road, Trevose, PA 19053.

**DUPLICATE ORIGINAL**

AMENDATORY CHANGE (ADDITIONS/DELETIONS) TO SCHEDULE "A"

BANKRUPTCY AUCTIONEER'S BLANKET BOND

This amendatory change to the schedule page is attached to and made part of the Bankruptcy Auctioneer's Schedule Bond No. 016031847 filed with the U. S. Bankruptcy Court for the WESTERN, MIDDLE AND EASTERN DISTRICT OF PENNSYLVANIA and with the U. S. Trustee for Region 3 dated the 15th day of JUNE, 2004.

Effective the 17TH day of FEBRUARY, 2020, the following schedule changes are made to the schedule page of the Bankruptcy Auctioneer's Schedule Bond. It is expressly understood that all other terms, conditions, agreements, and limitations of the underlying bond remain unchanged except as expressly stated in the below schedule.

| PRINCIPAL | AGGREGATE LIMIT |
|---|---|
| ADD THE FOLLOWING AUCTIONEER | |
| MALTZ AUCTIONS, INC.<br>39 WINDSOR PLACE<br>CENTRAL ISLIP, NY 11722 | $ 100,000.00 |

LIBERTY MUTUAL INSURANCE COMPANY

By: *Roxanne Craven*
ROXANNE CRAVEN, Attorney-in-fact

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Liberty Mutual SURETY**

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: **8198098-016083**

## POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Stephen Beahm; Andrea Becker; Darlene A. Bornt; Roxanne Craven; Sara S. DeJarnette; Kristine Donovan; Elizabeth C. Dukes; Clark P. Fitz-Hugh; R. Tucker Fitz-Hugh; Candice T. Gros; David C. Joseph; Elizabeth W. Kearney; Catherine C. Kehoe; Conway C. Marshall; Jessica Palmeri; Margaret Schatzman; Elizabeth Schott; Linda C. Sheffield

all of the city of ___New Orleans___ state of ___LA___ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this ___3rd___ day of ___December___, 2018.

 

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

By: _David M. Carey, Assistant Secretary_

State of PENNSYLVANIA
County of MONTGOMERY  ss

On this ___3rd___ day of ___December___, 2018 before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella, Notary Public_

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts:** Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

Certificate of Designation – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

Authorization – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this ___17TH___ day of ___FEBRUARY___, 2020.

  

By: _Renee C. Llewellyn, Assistant Secretary_

LMS-12873 LMIC OCIC WAIC Multi Co_062018